```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  JENNIFER E. DAVIS
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 08-388-DAD |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | INFORMATION AND ORDER |
| v. | ) | |
| | ) | |
| MITCHELL S. BIRTNER, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing the Information for Magistrate Number 08-388-DAD, filed October 28, 2008.

DATED: March 24, 2009.          Respectfully submitted,

                                LAWRENCE G. BROWN
                                Acting United States Attorney
                             By:/s/ Daniel S. McConkie for
                                MATTHEW C. STEGMAN
                                Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: March 24, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/birtner0388